NOT RECOMMENDED FOR FULL-TEXT PUBLICATION

File Name: 19a0220n.06

Case No. 18-1809

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**FILED**

Apr 26, 2019
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| SHERMAN STOKES, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR |
| | ) | THE EASTERN DISTRICT OF |
| COMMISSIONER OF SOCIAL SECURITY, | ) | MICHIGAN |
| | ) | |
| Defendant-Appellee. | ) | |

BEFORE: SILER, GIBBONS, and DONALD, Circuit Judges.

**BERNICE BOUIE DONALD, Circuit Judge**.  Sherman Stokes appeals the district court's judgment affirming the decision of Commissioner of Social Security Nancy Berryhill, which denied his application for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act.  On appeal, Stokes sets forth the same arguments he presented in the district court, contending that the Administrative Law Judge did not adequately account for all Stokes' impairments and that the ALJ abused her discretion in not obtaining an additional medical expert opinion.

This Court reviews the district court's decision *de novo* but reviews the underlying final decision of the Commissioner for substantial evidence, pursuant to 42 U.S.C. § 405(g).  Having carefully considered the record on appeal and the briefs of the parties, we agree with the district

court's order and find that the order thoroughly and accurately sets forth the relevant facts and governing law and clearly articulates the reasons underlying its decision. Because the issuance of a full opinion would be duplicative and serve no further jurisprudential purpose, we **AFFIRM** the judgment and adopt the district court's order in full as this court's opinion.